UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN H. COOPER, )<br>)<br>　Plaintiff, )<br>)<br>vs. )<br>)<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>　Defendants. ) | Case No.   4:12-CV-294-JCH |

## ORDER

This matter is before the Court on plaintiff's submission of a civil complaint. Plaintiff has neither paid the statutory filing fee nor filed a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the filing fee or submit a motion to proceed in forma pauperis and financial affidavit CJA 23 within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the statutory filing fee of $350, or to submit a completed form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice

Dated this  2nd   day of March, 2012.

　　　　　　　　　　　　　　　　　　　　 /s/Jean C. Hamilton
　　　　　　　　　　　　　　　　　　　　JEAN C. HAMILTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE