UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN H. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12-CV-294-JCH |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on plaintiff's submission of a civil complaint. Plaintiff has neither paid the statutory filing fee nor filed a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the filing fee or submit a motion to proceed in forma pauperis and financial affidavit CJA 23 within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the statutory filing fee of $350, or to submit a completed form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice

Dated this 2nd day of March, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE