## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN H. COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-294-JCH |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

This matter is before the Court upon review of plaintiff's amended complaint [Doc. #6]. On March 23, 2012, this Court ordered plaintiff to file an amended complaint that complied with the Court's Memorandum and Order [Doc. #5].[1] The Court further ordered that if plaintiff failed to comply, the action would be dismissed without prejudice and without further notice to him. Plaintiff has failed to comply with said Order.[2]

---

[1] The Court specifically advised plaintiff as to the manner and respects in which his complaint was deficient and gave plaintiff detailed instructions on what the amended complaint and, in particular, the "Statement of Claim" should, and should not, contain.

[2] For his "Statement of Claim," plaintiff states, "See Complaint."

Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of March 23, 2012. See Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

Dated this 3rd day of May, 2012.

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**